

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00602-CV

Christopher John **LOCASCIO**, Matthew Locascio, Remy John Locascio, and Sara Locascio,
Appellants

v.

Manuel **ZAMORA**, Jr., Amelia Zamora, and James W. Volberding, Receiver for Charles
Locascio,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19983
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: March 11, 2020

DISMISSED

On February 23, 2020, appellee James Volberding filed "Receiver's Agreed Motion to Dismiss and to Vacate Judgment." The motion, which is signed by counsel for all of the parties, states that the parties request that the court dismiss the instant appeal with prejudice and vacate the judgment in the related appeal No. 04-19-00695-CV, pursuant to the parties' mediated settlement agreement. Accordingly, we grant the motion and dismiss the instant appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM